# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ramon Magallan

                        Plaintiff,

v.                                                     Case No.: 1:15−cv−05578
                                                            Honorable Jorge L. Alonso

Pancho's Family Restaurant, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held on 10/22/2015. Motion [16] for settlement is granted and this case is dismissed without prejudice for 60 days after which the dismissal will be converted to with prejudice. Civil case terminated. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.